**STATE of Missouri, Respondent,**

v.

**Norman L. MILLER, Appellant.**

**No. WD 39174.**

Missouri Court of Appeals,
Western District.

Oct. 13, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 1, 1987.

Application to Transfer Denied
Jan. 20, 1988.

Nancy McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
SHANGLER and LOWENSTEIN, JJ.

PER CURIAM:

Appeal from jury trial convictions of defrauding secured creditors, § 570.180 RSMo.1986, forger, § 570.090.1(4), RSMo. 1986, and stealing, § 570.030, RSMo.1986,

and sentence to consecutive one- and three-year terms, with a concurrent one-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).